**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JERRY E. DUCKWORTH**                                            **PLAINTIFF**

**v.**                            **CASE NO. 4:05-CV-1216**

**KROGER**                                                          **DEFENDANT**

## JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Kroger, and against Plaintiff, Jerry Duckworth.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 28th day of July, 2006.

                                                                          _/s/ Garnett Thomas Eisele_____
                                                                          UNITED STATES DISTRICT JUDGE